Tyro R. BEATTY, Plaintiff—Appellant,

v.

Scott M. THOMAS, Official Capacity as OIC; Michael A. Jones, individually as Director; Navsea Inactive Ship's Management Office; Department of the Navy; Naval Sea Systems Command HQ, Defendants—Appellees.

No. 05–2244.

United States Court of Appeals, Fourth Circuit.

Submitted: June 28, 2006.

Decided: July 14, 2006.

Tyro R. Beatty, Appellant Pro Se. Lawrence Richard Leonard, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyro R. Beatty appeals the district court's orders granting summary judgment to Defendants and dismissing his employment discrimination suit. We have reviewed the record and find no reversible

error. Accordingly, we affirm for the reasons stated by the district court. *See Beatty v. Thomas,* No. CA–05–71–2–RAJ–TEM (E.D. Va. June 15 and Oct. 25, 2005). We deny Beatty's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*